IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COACH, INC. and COACH SERVICES, INC.,

    Plaintiffs,    Case No. 6:10-cv-03451-DW

 v.

SCOTT NICHOLS ENTERPRISES, LLC d/b/a
WIRELESS WORLD and DOES 1 through 100,

    Defendants,

 v.

WIRELESS ESSENTIAL, LLC,

    Third-Party Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## NOTICE OF SETTLEMENT

  Plaintiffs give notice that the parties have reached a settlement of all the claims presented herein. The parties will file a Consent Judgment and/or Stipulation of Dismissal within 30 days.

Dated: January 12, 2012        Respectfully submitted,

                BRYAN CAVE LLP

               By: /s/ Jason A. Kempf
                Jason A. Kempf, # 59897MO
                211 N. Broadway, Suite 3600
                St. Louis, MO 63102
                (314) 259-2000 (telephone)
                (314) 259-2020 (facsimile)

                *Attorneys for Coach, Inc. and*
                *Coach Services, Inc.*

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on this 12th day of January 2012, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to the parties of record.

                 /s/ Jason A. Kempf