IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| COACH, INC. and COACH SERVICES, INC., | : |
| Plaintiffs, | : Case No. 6:10-cv-03451-DW |
| v. | : |
| SCOTT NICHOLS ENTERPRISES, LLC d/b/a WIRELESS WORLD and DOES 1 through 100, | : |
| Defendants, | : |
| v. | : |
| WIRELESS ESSENTIAL, LLC, | : |
| Third-Party Defendant. | : |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties, by and through the undersigned, hereby dismiss this matter in its entirety, with prejudice, each party to bear their own costs.

Respectfully submitted this 23rd day of January, 2012.

<div style="display: flex;">
<div>

BRYAN CAVE LLP

/s/ Jason A. Kempf
Jason A. Kempf, #59897
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102
(314) 259-2000
(314) 259-2020 - Facsimile
jason.kempf@bryancave.com

A*ttorney for Plaintiffs*

</div>
<div>

ELLIS, ELLIS, HAMMONS & JOHNSON, P.C.

/s/ Anne H. Rogers
Anne H. Rogers, #59363
John D. Hammons, Jr., #38668
The Hammons Tower
901 St. Louis Street, Suite 600
Springfield, Missouri 65806
(417) 866-5091
(417) 866-1064 – Facsimile
arogers@eehjfirm.com
jhammons@eehjfirm.com

*Attorneys for Defendant*


BALDERSON LAW PLLC

/s/ Jack Balderson, Jr.
Jack Balderson, Jr.
Kansas Bar No. 19537
3605 Yucca Drive, Suite 103
Flower Mound, Texas 75028
(972) 874-1500
(972) 874-1144 – Facsimile
jack@baldersonlaw.com

*Attorney for Third-Party Defendant*

</div>
</div>

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 23rd day of January, 2012, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to the parties of record.

/s/ Jason A. Kempf